ADDENDUM TO CONTRACT

This Addendum To Contract is dated this 17th day of February, 2023 by and among Caps Funding LLC, with its place of business located at 113 John Derrick Road, Irmo, South Carolina 29063 ("hereinafter referred to as the Factor"), Sergio Martinez Jr. individually, and GSM Contracting LLC with its place of business located at 2524 Cadillac Ave, Orlando, Florida 32818 ("together hereinafter referred to as the Client").

WITNESSETH:

WHEREAS, Factor and Client entered into an ACCOUNTS RECEIVABLE PURCHASE AGREEMENT dated the 7th day of May, 2010; and

WHEREAS, Factor and Client desire ACCOUNTS RECEIVABLE PURCHASE AGREEMENT dated the 7th day of May, 2010; and

NOW, THEREFORE, in consideration of the covenants and conditions set forth herein, and other good and valuable consideration, the receipt of which is acknowledged, the Factor and Client agree as follows.

1. Whereas Clauses. All "Whereas" Clauses and other matters set out hereinabove are incorporated herein by reference.
2. Royal Underground, LLC has changed its name to GSM Contracting, LLC and has informed its customer base of the name change. All documents that are pertinent to The ACCOUNTS RECEIVABLE PURCHASE AGREEMENT will be changed accordingly.
3. Effective Date. This agreement shall become effective upon acceptance and executive hereof by Factor's authorized representative.

IN WITNESS WHEREOF, the parties have executed and delivered this Agreement as of this 17th day of February, 2023, and have herunto set their hands and seals.

Witness: ______________________

______________________
CAPS FUNDING LLC

Witness: ______________________

Witness: ______________________

______________________
SERGIO MARTINEZ JR.

Witness: ______________________

Witness: ______________________

______________________
GSM CONTRACTING LLC

Witness: ______________________



EXHIBIT "B"

STATE OF SOUTH CAROLINA ) PROBATE

COUNTY OF RICHLAND )

PERSONALLY appeared before me the undersigned witness who, being duly sworn, says (s)he saw the within name CAPS FUNDING LLC, sign, seal, and deliver the within Accounts Receivable Purchase Agreement, and that (s)he with the other witnesses whose signatures appears above, witnessed the execution thereof.

SWORN to before me this 24 day of February, 2023

Angela Watkins

WITNESS

NOTARY PUBLIC FOR STATE OF SOUTH CAROLINA MY Commission expires: MY COMMISSION EXPIRES 02/11/2029

STATE OF SOUTH CAROLINA ) PROBATE

COUNTY OF RICHLAND )

PERSONALLY appeared before me the undersigned witness who, being duly sworn, says (s)he saw the within name Sergio Martinez Jr., sign seal, and deliver the within Accounts Receivable Purchase Agreement, and that (s)he with the other witnesses whose signatures appears above, witnessed the execution thereof.

SWORN to before me this 24 day of February, 2023

Angela Watkins

WITNESS

NOTARY PUBLIC FOR STATE OF SOUTH CAROLINA MY Commission expires: MY COMMISSION EXPIRES 02/11/2029

STATE OF SOUTH CAROLINA ) PROBATE

COUNTY OF RICHLAND )

PERSONALLY appeared before me the undersigned witness who, being duly sworn, says (s)he saw the within named GSM CONTRACTING LLC by SERGIO MARTINEZ JR, ITS DULY SIGNED OFFICER and deliver the within Accounts Receivable Purchase Agreement, and that (s)he with the other witnesses whose signatures appears above, witnessed the execution thereof.

SWORN to before me this 24 day of February, 2023

WITNESS

NOTARY PUBLIC FOR STATE OF SOUTH CAROLINA MY Commission expires: MY COMMISSION EXPIRES 02/11/2029

CAPS FUNDING LLC

POST OFFICE BOX 75

BALLENTINE, SOUTH CAROLINA 29002

PHONE [redacted]

EMAIL: [redacted]

WEBSITE: WWW.CAPSFUNDINGLLC.COM