CAPS FUNDING

October 10, 2023

Francisco Ramirez
draftPros, LLC
14160 Palmetto Frontage Rd., Suite 31
Miami Lakes, Florida 33016

Francisco Ramirez:

GSM Contracting LLC is pleased to inform you that we have been approved for a credit facility by Caps Funding LLC. The availability of Caps Funding LLC's program will enable GSM Contracting LLC to accommodate the growth and development of the business while maintaining a high level of customer service.

As part of the Caps Funding LLC program, GSM Contracting LLC's accounts receivable will be processed through Caps Funding LLC. Therefore, please be informed all future payments on invoices should be made payable to Caps Funding LLC and mailed directly to Caps Funding LLC at the following address:

Caps Funding LLC
P. O. Box 75
Ballentine, South Carolina 29002-0075

or

ACH Direct payment:
[redacted]
1509 Dutch Fork Road, Irmo, S. C. 29063
Routing # [redacted] for First Citizens Bank
Account # [redacted] Caps Funding LLC

This assignment of the account receivables of GSM Contracting LLC has been duly recorded and is governed by the Uniform Commercial Code. Please make the proper changes to your records and acknowledge the receipt and acceptance of this assignment by signing this page below and returning it to Caps Funding LLC at the above address. You should continue to make payments accordingly until you are notified in writing by Caps Funding LLC of any change as payment to any other entity directly, including GSM Contracting LLC, will not be considered payment on the assigned accounts.

If you have any questions concerning this notice and direction to pay, please do not hesitate to call Charles B. Gee, owner of Caps Funding LLC, at [redacted]. Thank-you in advance for your prompt attention to this matter.

Sincerely,

Caps Funding LLC
Charles B. Gee
Owner

GSM Contracting LLC
Sergio Martinez Jr
Owner

AGREED AND ACCEPTED:____________________ Date: 10/23/23

Caps Funding LLC 113 John Derrick Road Irmo, South Carolina 29063
Cellular [redacted] Email [redacted] Website capsfundingllc.com

EXHIBIT "C"