draftPros

# Vendor ACH Set-up Form

[✓] New ACH Vendor  [ ] Change Existing ACH Vendor
(Vendor ID: )*Draftpros will fill this in.

**Completion of this form authorizes DraftPros to send payments for goods and/or services by ACH through BankUnited. DraftPros shall make payment as instructed below unless a new ACH form is received.**

CAPS FUNDING LLC is requesting the receipt of payments for such goods and/or services electronically.
(Vendor Name)

**FINANCIAL INSTITUTION INFORMATION:** Both new and old bank information is required for changes only.

| | NEW | OLD |
|---|---|---|
| Bank Name | [redacted] | |
| Bank Address | 1509 Dutch Fork Rd<br>IRMO, S.C. 29063 | |
| Account Name | CAPS FUNDING LLC | |
| Routing Number | [redacted] | |
| Account Number | [redacted] | |
| Type of Account (Check One) | [✓] Checking<br>[ ] Savings | [ ] Checking<br>[ ] Savings |
| Type of ACH Format (Check One) | CCD Format [ ]<br>CTX Format [ ] | |

**PAYEE INFORMATION:**

| | |
|---|---|
| Remittance Address | [redacted]<br>~~113 JOHN Derrick Rd IRMO, SC. 29063~~ |
| Email Address (required) | [redacted] |
| Contact Name | Charles B Gee |
| Contact Phone Number | [redacted]<br>A DraftPros contact will verify all bank account information for new & changed ACH accounts. Please make sure this is a valid phone number for the company for validation purposes. No account change will be processed if validation cannot be made via phone. |

To support IAT/OFAC reporting, will our payments be forwarded to a financial institution outside of the US?
[ ] Yes  [✓] No

**Tax ID Number:** [redacted]

**Tax Status:** [ ] Individual / Sole Proprietor  [ ] Other - (Specify): ____
[ ] Partnership  [✓] S Corporation  [ ] C Corporation

**Authorized Signature:**

**Name:** Charles B Gee (signature) **Title:** Owner **Date:** 10-20-23
(Signature Required)

| Please return this signed form via: | Email ACH.Payment.Inquiries@draftpros.com |
|---|---|
| | |

draftPros | 14160 Palmetto Frontage Rd, Suite 31, Miami Lakes, FL 33016 | 786.541.5131

EXHIBIT "D"

**LEGAL DISCLAIMER**: This email, including any attachments, is sent for the sole use of the intended recipient(s). It may contain material that is confidential, proprietary, privileged and/or attorney work product. Neither the confidential and proprietary status of the information nor any privilege associated with this communication is waived by having been sent by e-mail transmission. Any review, reliance or distribution by others or forwarding without express permission is strictly prohibited. If you are not the intended recipient or feel you have received this email in error, you are hereby notified that any use, dissemination, distribution, disclosure or copying of this communication and any information contained in this transmission is strictly prohibited. If you have received this communication in error, please notify the sender by reply email and delete all copies of this message.