GSM CONTRACTING LLC
2524 Cadillac Ave
Orlando, FL 32819
[redacted]

# INVOICE - 707

**# INV - 707**
**Balance Due**
**$6,200.00**

**Invoice Date:** 4/3/2024
**Terms:** 30 DAYS
**Due Date:** 5/3/2024
**Project Name:** P410833

**PLEASE REMIT PAYMENTS TO:**
**CAPS FUNDING LLC**
**113 JOHN DERRICK RD**
**IRMO, SC 29063**

**Bill To:** draftPros, LLC
14160 Palmetto Frontage Rd, Suite 31
Miami Lakes, FL 30016

| # | Item & Description | QTY | Rate | Amount |
|---|---|---|---|---|
| UGB | BORE <= 2.5 IN CABLE - HDPE | 775 | $8.00 | $6,200.00 |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

**SUBTOTAL** $6,200.00
**TOTAL** $6,200.00
**BALANCE DUE** $6,200.00

**Thank you for your business!**

EXHIBIT "E"

CS CamScanner

GSM CONTRACTING LLC
2524 Cadillac Ave
Orlando, FL 32819
[redacted]

# INVOICE - 708

# INV - 708
Balance Due
$61,065.50

Invoice Date: 4/3/2024
Terms: 30 DAYS
Due Date: 5/3/2024
Project Name: P070287

PLEASE REMIT PAYMENTS TO:
CAPS FUNDING LLC
113 JOHN DERRICK RD
IRMO, SC 29063

Bill To: draftPros, LLC
14160 Palmetto Frontage Rd, Suite 31
Miami Lakes, FL 30016

| # | Item & Description | QTY | Rate | Amount |
|---|---|---|---|---|
| UGB | BORE <= 2.5 IN CABLE - HDPE | 5,583 | $8.00 | $44,664.00 |
| | | | | |
| UGB | BORE <= 2.5 IN CABLE - HDPE ADDL | 2,775 | $2.50 | $6,937.50 |
| | | | | |
| UGB | BORE <= 1.25 IN CABLE - HDPE | 1,183 | $8.00 | $9,464.00 |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

SUBTOTAL $61,065.50
TOTAL $61,065.50
BALANCE DUE $61,065.50

Thank you for your business!

CS CamScanner

GSM CONTRACTING LLC
2524 Cadillac Ave
Orlando, FL 32819
[redacted]

# INVOICE - 709

# INV - 709
Balance Due
$58,423.50

Invoice Date: 4/11/2024
Terms: 30 DAYS
Due Date: 5/11/2024
Project Name: P070287

PLEASE REMIT PAYMENTS TO:
CAPS FUNDING LLC
113 JOHN DERRICK RD
IRMO, SC 29063

Bill To: draftPros, LLC
14160 Palmetto Frontage Rd, Suite 31
Miami Lakes, FL 30016

| # | Item & Description | QTY | Rate | Amount |
|---|---|---|---|---|
| | | | | |
| | | | | |
| UGB | BORE < = 2.5 IN CABLE - HDPE | 5,767 | $8.00 | $46,136.00 |
| | | | | |
| | | | | |
| UGB | BORE < = 2.5 IN CABLE - HDPE ADDL | 1,763 | $2.50 | $4,407.50 |
| | | | | |
| | | | | |
| UGB | BORE < = 1.25 IN CABLE - HDPE | 985 | $8.00 | $7,880.00 |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

SUBTOTAL $58,423.50
TOTAL $58,423.50
BALANCE DUE $58,423.50

Thank you for your business!

CS CamScanner

GSM CONTRACTING LLC
2524 Cadillac Ave
Orlando, FL 32819
[redacted]

**INVOICE**
**# INV - 710**
**Balance Due**
**$4,108.00**

**PLEASE REMIT PAYMENTS TO:**
**CAPS FUNDING LLC**
**113 JOHN DERRICK RD**
**IRMO, SC 29063**

Invoice Date: 4/18/2024
Terms: 30 DAYS
Due Date: 5/18/2024
Project Name: P070287

Bill To: draftPros, LLC
14160 Palmetto Frontage Rd, Suite 31
Miami Lakes, FL 30016

| # | Item & Description | QTY | Rate | Amount |
|---|---|---|---|---|
| UGB | COUPLING REPAIRS | 363 | $8.00 | $2,904.00 |
| | 1786 ATWATER CT | 16 | | |
| | 2419 HALTON CHASE LN | 16 | | |
| | 2400 RIDGEWAY DR | 16 | | |
| | 2426 RIDGEWAY DR | 10 | | |
| | 1811 ATWATER CT | 15 | | |
| | 2401 LEMBERTON CT | 25 | | |
| | 2461 AUGUSTA WAY | 10 | | |
| | 2449 AUGUSTA WAY | 16 | | |
| | 2476 AUGUSTA WAY | 20 | | |
| | 1803 ATWATER CT | 40 | | |
| | 2433 AUGUSTA CT | 25 | | |
| | 1819 ATWATER CT | 16 | | |
| | 2423 AUGUSTA CT | 50 | | |
| | 2413 HALTON CHASE LN | 6 | | |
| | 1797 ATWATER CT | 16 | | |
| | 1817 ATWATER CT | 20 | | |
| | 1807 ATWATER CT | 16 | | |
| | 3189 WINDMILL PT | 30 | | |
| | | | | |
| UGB | HH REPAIRS / 17X30X24 | 8 | $150.50 | $1,204.00 |
| | 1784 ATWATER CT | 1 | | |
| | 1789 ATWATER CT | 1 | | |
| | 1795 ATWATER CT | 1 | | |
| | 2402 RIDGEWAY CT | 1 | | |
| | 2408 RIDGEWAY CT | 1 | | |
| | 2405 LEMBERTON CT | 1 | | |
| | 2412 BELLINGHAM CT | 1 | | |
| | 2443 AUGUSTA WAY | 1 | | |
| | | | | |
| | | | | |
| | ALL REPAIRS WERE APPROVED BY JC PRIOR TO ANY WORK BEING DONE. | | | |

SUBTOTAL $4,108.00
TOTAL $4,108.00
BALANCE DUE $4,108.00

Thank you for your business!

CS CamS

GSM CONTRACTING LLC
2524 Cadillac Ave
Orlando, FL 32819
[redacted]

**INVOICE - 711**
**# INV - 711**
**Balance Due**
**$24,653.74**

**Invoice Date:** 4/19/2024
**Terms:** 30 DAYS
**Due Date:** 5/19/2024
**Project Name:** P070287

**PLEASE REMIT PAYMENTS TO:**
**CAPS FUNDING LLC**
**113 JOHN DERRICK RD**
**IRMO, SC 29063**

**Bill To:** draftPros, LLC
14160 Palmetto Frontage Rd, Suite 31
Miami Lakes, FL 30016

| # | Item & Description | QTY | Rate | Amount |
|---|---|---|---|---|
| UGB | BORE <= 2.5 IN CABLE - HDPE | 300 | $8.00 | $2,400.00 |
| UGB | BORE <= 2.5 IN CABLE - HDPE ADDL | 55 | $2.50 | $137.50 |
| UGB | BORE <= 1.25 IN CABLE - HDPE | 805 | $8.00 | $6,440.00 |
| UGB | HH 48x60x36in | 1 | $385.00 | $385.00 |
| UGB | CABINET - REMOTE ON PAD | 1 | $385.00 | $385.00 |
| UGB | HH 30x48x36in | 4 | $321.29 | $1,285.16 |
| UGB | HH 24x36x24in | 3 | $192.50 | $577.50 |
| UGB | HH 17x30x24in | 26 | $150.50 | $3,913.00 |
| UGB | HH 13x24x18in | 8 | $87.50 | $700.00 |
| UGB | HH 10x10in OR 12x12in (FLOWER POTS) | 78 | $17.50 | $1,365.00 |
| UGB | FIBER PL IN CONDUIT / 216A_FN | 7937 | $0.64 | $5,079.68 |
| UGB | FIBER PL IN CONDUIT / 432A_FN | 988 | $0.70 | $691.60 |
| UGB | FIBER PL IN CONDUIT / 48B_FN | 1849 | $0.70 | $1,294.30 |

**SUBTOTAL** $24,653.74
**TOTAL** $24,653.74
**BALANCE DUE** $24,653.74

**Thank you for your business!**

GSM CONTRACTING LLC
2524 Cadillac Ave
Orlando, FL 32819
[redacted]

# INVOICE - 712

# INV - 712
Balance Due
$19,450.52

Invoice Date: 4/26/2024
Terms: 30 DAYS
Due Date: 5/26/2024
Project Name: P070287

PLEASE REMIT PAYMENTS TO:
CAPS FUNDING LLC
113 JOHN DERRICK RD
IRMO, SC 29063

Bill To: draftPros, LLC
14160 Palmetto Frontage Rd, Suite 31
Miami Lakes, FL 30016

| # | Item & Description | QTY | Rate | Amount |
|---|---|---|---|---|
| | | | | |
| UGB | FIBER PL IN CONDUIT | 28918 | $0.64 | $18,607.52 |
| | 96A FIBER | 4897 | | |
| | 96C FIBER | 4251 | | |
| | 24E FIBER | 1735 | | |
| | 48A FIBER | 2380 | | |
| | 24B FIBER | 11002 | | |
| | 96B FIBER | 1606 | | |
| | 24C FIBER | 935 | | |
| | 24D FIBER | 902 | | |
| | 24A FIBER | 630 | | |
| | 144A FIBER | 580 | | |
| | | | | |
| UGB | FIBER IN CONDUIT 1 MST | 200 | $0.64 | $128.00 |
| | | | | |
| UGB | MARKER POST | 1 | $14.00 | $14.00 |
| | | | | |
| MISC | GROUND ROD 5/8in-8ft | 21 | $15.61 | $327.81 |
| | | | | |
| UGB | LOCATE MARKER BALL | 67 | $5.57 | $373.19 |
| | | | | |
| | | | | |

SUBTOTAL $19,450.52
TOTAL $19,450.52
BALANCE DUE $19,450.52

Thank you for your business!

**GSM CONTRACTING LLC**
2524 Cadillac Ave
Orlando, FL 32819
[redacted]

# INVOICE - 713

**# INV - 713**
**Balance Due**
**$6,500.00**

**PLEASE REMIT PAYMENTS TO:**
**CAPS FUNDING LLC**
**113 JOHN DERRICK RD**
**IRMO, SC 29063**

**Invoice Date:** 4/26/2024
**Terms:** 30 DAYS
**Due Date:** 5/26/2024
**Project Name:** P070287

**Bill To:** **draftPros, LLC**
14160 Palmetto Frontage Rd, Suite 31
Miami Lakes, FL 30016

| # | Item & Description | QTY | Rate | Amount |
|---|---|---|---|---|
| UGB | RESTORATION COMPLETED | 1 | $6,500.00 | $6,500.00 |
| | INCLUDES CLEAN UP FOR SUB CONTRACTORS | | | |
| | WHO LEFT PER JC. | | | |
| | CLEAN UP OF ALL HHS | | | |
| | SOD INCLUDED | | | |
| | ANY / ALL POTHOLES & TRENCHES | | | |

**SUBTOTAL** $6,500.00
**TOTAL** $6,500.00
**BALANCE DUE** $6,500.00

**Thank you for your business!**