CAPS FUNDING

Assignment

Date: 04/04/24

No: #149039

This assignment is made by:
GSM Contracting LLC
2524 Cadillac Avenue
Orlando, Florida 32818

To:
Caps Funding LLC
113 John Derrick Road
Irmo, South Carolina 29063

**WHO AGREES AS FOLLOWS:**

1. Seller hereby sells, transfers, and assigns to Purchaser all of Seller's right, title, and interest in and to the following accounts receivable, all goods, the sale of which gave rise thereto, and all proceeds thereof (collectively "Accounts"):

| ACCOUNT DEBTOR (CUSTOMER) | INVOICE NUMBER | INVOICE AMOUNT | FACTORED AMOUNT | INITIAL ADV. TO SELLER | PURCHASER FEE (8%) pd 5/24/24 |
|---|---|---|---|---|---|
| draftPros, LLC | 707 | $6,200.00 | $6,200.00 | $4,960.00 | 496.00 |
| draftPros, LLC | 708 | $61,065.50 | $61,065.50 | 48,852.50 | |
| | | | $30 WT fee | | |
| | | | | | |
| | | | | | |

Total: ~~$69,108.00~~ 67,265.50 ~~$69,108.00~~ 67,265.50 $53,812.50

WT 4/5/24 $53,782.50 $30 WT fee

WT Refund to pl 5/30/24 744.00 ACH

2. This Assignment is not valid until accepted by Purchaser.
3. This Assignment is made with full recourse against Seller.
4. This Assignment, upon completion, is subject to the additional terms and provisions of the Accounts Receivable Purchase Agreement between the parties. Both parties agree that a faxed transmission of this assignment sheet will have the same force and effects as originals.

| CAPS FUNDING LLC | GSM CONTRACTING LLC |
|---|---|
| By: ____________ | By: [signature] |
| ITS: ____________ | ITS: President |
| Purchaser | Seller |

CAPS FUNDING LLC 113 John Derrick Rd. IRMO, S.C.29063

[redacted] [redacted]

A) On 5/24/24 Draft Pros pay $10,308.00 of which $6200.00 is applied here

EXHIBIT "F"

CamScanner

CAPS FUNDING

Assignment

Date: 04/12/24
This assignment is made by:
GSM Contracting LLC
2524 Cadillac Avenue
Orlando, Florida 32818

No: #14904

To:
Caps Funding LLC
113 John Derrick Road
Irmo, South Carolina 29063

**WHO AGREES AS FOLLOWS:**

1. Seller hereby sells, transfers, and assigns to Purchaser all of Seller's right, title, and interest in and to the following accounts receivable, all goods, the sale of which gave rise thereto, and all proceeds thereof (collectively "Accounts"):

LM 4/12/24 $46,708.80 $30 wt fee

| ACCOUNT DEBTOR (CUSTOMER) | INVOICE NUMBER | INVOICE AMOUNT | FACTORED AMOUNT | INITIAL ADV. TO SELLER | PURCHASER FEE |
|---|---|---|---|---|---|
| draftPros, LLC | 709 | $58,423.50 | $58,423.50 | $46,738.80 | |
| | | | $30 WT | fee | |
| | | | | | |
| | | | | | |
| | | | | | |

Total: $58,423.50 $58,423.50 $46,738.80

2. This Assignment is not valid until accepted by Purchaser.
3. This Assignment is made with full recourse against Seller.
4. This Assignment, upon completion, is subject to the additional terms and provisions of the Accounts Receivable Purchase Agreement between the parties. Both parties agree that a faxed transmission of this assignment sheet will have the same force and effects as originals.

**CAPS FUNDING LLC**

By: ______________________

ITS: ______________________

Purchaser

**GSM CONTRACTING LLC**

By: [signature]

ITS: President

Seller

CAPS FUNDING LLC 113 John Derrick Rd. IRMO, S.C.29063
mobile [redacted]

CS CamScanner

CAPS FUNDING

Assignment

Date: 04/19/24

This assignment is made by:
GSM Contracting LLC
2524 Cadillac Avenue
Orlando, Florida 32818

No: #149044

To:
Caps Funding LLC
113 John Derrick Road
Irmo, South Carolina 29063

**WHO AGREES AS FOLLOWS:**

1. Seller hereby sells, transfers, and assigns to Purchaser all of Seller's right, title, and interest in and to the following accounts receivable, all goods, the sale of which gave rise thereto, and all proceeds thereof (collectively "Accounts"):

WT 4/19/24 #229793 WT #30 WT fee

| ACCOUNT DEBTOR (CUSTOMER) | INVOICE NUMBER | INVOICE AMOUNT | FACTORED AMOUNT | INITIAL ADV. TO SELLER | PURCHASER FEE |
|---|---|---|---|---|---|
| draft Pros A) | 710 | $4,108.00 | $4,108.00 | $3,286.40 | pd 5/24/24 246.48 |
| draft Pros B) | 711 | $24,653.74 | $24,653.74 | $19,722.99 | pd 6/26/24 2218.83 |
| | | | #30 WT fee | | |
| | | | | | |
| | | | | | |

(6%) WT Rebate pd on 5-30-24 588.12

2711.92

Total: $28,761.74 $28,761.74 $23,009.39

2. This Assignment is not valid until accepted by Purchaser.
3. This Assignment is made with full recourse against Seller.
4. This Assignment, upon completion, is subject to the additional terms and provisions of the Accounts Receivable Purchase Agreement between the parties. Both parties agree that a faxed transmission of this assignment sheet will have the same force and effects as originals.

(OVM)

**CAPS FUNDING LLC**

By: ______________________

ITS: ______________________

Purchaser

**GSM CONTRACTING LLC**

By: [signature]

ITS: President

Seller

CAPS FUNDING LLC 113 John Derrick Rd. IRMO, S.C.29063
mobile [redacted]

A) on 5/24/24, Draft Pros (by ACH) pd $10,308.00 of which $4108.00 is applied here

CamScanner

CAPS FUNDING

Assignment

Date: 04/26/24

This assignment is made by:
GSM Contracting LLC
2524 Cadillac Avenue
Orlando, Florida 32818

No: #149046

To:
Caps Funding LLC
113 John Derrick Road
Irmo, South Carolina 29063

**WHO AGREES AS FOLLOWS:**

1. Seller hereby sells, transfers, and assigns to Purchaser all of Seller's right, title, and interest in and to the following accounts receivable, all goods, the sale of which gave rise thereto, and all proceeds thereof (collectively "Accounts"):

WT 4/26/24 pd $20,730 $30 WT fee

| ACCOUNT DEBTOR (CUSTOMER) | INVOICE NUMBER | INVOICE AMOUNT | FACTORED AMOUNT | INITIAL ADV. TO SELLER | PURCHASER FEE |
|---|---|---|---|---|---|
| draftPros, LLC | 712 | $19,450.52 | $19,450.52 | $15,560.42 | |
| | A) 713 | $6,500.00 | $6,500.00 | $5,200.00 | pd 5/31/24 390.00 (6%) |
| | | | $30 WT fee | | |
| | | | | | |
| | | | | | |

Total: $25,950.52 $25,950.52 $20,760.42

910.00
-30.00 ACH fee
$880.00
WT Rebate pd on 6/24/24

2. This Assignment is not valid until accepted by Purchaser.
3. This Assignment is made with full recourse against Seller.
4. This Assignment, upon completion, is subject to the additional terms and provisions of the Accounts Receivable Purchase Agreement between the parties. Both parties agree that a faxed transmission of this assignment sheet will have the same force and effects as originals.

| CAPS FUNDING LLC | GSM CONTRACTING LLC |
|---|---|
| By: ______________ | By: [signature] |
| ITS: ______________ | ITS: President |
| Purchaser | Seller |


[redacted]

A) on 5/31/24, draftPros (by ACH) pd $6500.00

CamScanner