## NOTICE OF ASSIGNMENT / CERTIFICATE OF ACCEPTANCE

draftPros, LLC
14160 Palmetto Frontage Rd., Suite 31
Miami Lakes, Florida 33016

Attn: Timothy Hewitt
Email: [redacted]
Phone: [redacted] (cell)

Timothy:

In order to accommodate the positive changes and growth we are experiencing in our business, GSM Contracting LLC has been fortunate to obtain the services of Caps Funding LLC as a source of working capital and accounts receivable management, and they have purchased some of our receivables through an assignment of accounts. The availability of their services will allow us to serve our customers in a more efficient and timely manner. Therefore, please note that payments for the following invoices from our company should be made payable to Caps Funding LLC and mailed directly to: or paid ACH electronically to Caps Funding LLC at:

Caps Funding LLC
P. O. Box 75
Ballentine, South Carolina 29002-0075

[redacted]
1509 Dutch Fork Road, Irmo, S. C. 29063
Routing # [redacted] for [redacted]
Account # [redacted] Caps Funding LLC

| Date | Invoice # | Amount |
| --- | --- | --- |
| 04/03/24 | 707 | $ 6,200.00 |
| | | |
| | | |
| | | |

Total: $6,200.00

By signing below, draftPros, LLC certifies that the materials and/or services covered by the above invoices have been properly rendered, that there are no disputes, that the amount is correct, and that the invoices will be paid. We also ask that you agree that you will not assert any claims or defenses which you may have against GSM Contracting LLC, against Caps Funding LLC as assignee. We agree however that you fully reserve the right to assert against GSM Contracting LLC any claims or defenses, otherwise unassertable against Caps Funding LLC.

Sincerely,

Sergio Martinez Jr.

Please sign one copy of this agreement and return to Caps Funding LLC by email as soon as possible to
[redacted]

Timothy Hewitt
ACKNOWLEDGED, AGREED, AND ACCEPTED by Authorized Signature:

Timothy Hewitt
Print Name and Title

04/05/2024
DATE

Caps Funding LLC
Post Office Box 75
Ballentine, South Carolina 29002-0075

email: [redacted]
website: www.capsfundingllc.com
mobile: [redacted]

EXHIBIT "G"

CS CamScanner

# NOTICE OF ASSIGNMENT / CERTIFICATE OF ACCEPTANCE

draftPros, LLC
14160 Palmetto Frontage Rd., Suite 31
Miami Lakes, Florida 33016

Attn: Timothy Hewitt
Email: [redacted]
Phone: [redacted] (cell)

Timothy:

In order to accommodate the positive changes and growth we are experiencing in our business, GSM Contracting LLC has been fortunate to obtain the services of Caps Funding LLC as a source of working capital and accounts receivable management, and they have purchased some of our receivables through an assignment of accounts. The availability of their services will allow us to serve our customers in a more efficient and timely manner. Therefore, please note that payments for the following invoices from our company should be made payable to Caps Funding LLC and mailed directly to: or paid ACH electronically to Caps Funding LLC at:

Caps Funding LLC
P. O. Box 75
Ballentine, South Carolina 29002-0075

[redacted]
1509 Dutch Fork Road, Irmo, S. C. 29063
Routing # [redacted] for [redacted]
Account # [redacted] Caps Funding LLC

| Date | Invoice # | Amount |
|---|---|---|
| 04/03/24 | 708 | $61,065.50 |
| | | |
| | | |
| | | |

Total: $61,065.50

By signing below, draftPros, LLC certifies that the materials and/or services covered by the above invoices have been properly rendered, that there are no disputes, that the amount is correct, and that the invoices will be paid. We also ask that you agree that you will not assert any claims or defenses which you may have against GSM Contracting LLC, against Caps Funding LLC as assignee. We agree however that you fully reserve the right to assert against GSM Contracting LLC any claims or defenses, otherwise unassertable against Caps Funding LLC.

Sincerely,

Sergio Martinez Jr.

Please sign one copy of this agreement and return to Caps Funding LLC by email as soon as possible to [redacted]

Timothy Hewitt
ACKNOWLEDGED, AGREED, AND ACCEPTED by Authorized Signature:

Timothy Hewitt
Print Name and Title

04/05/2024
DATE

Caps Funding LLC
Post Office Box 75
Ballentine, South Carolina 29002-0075

email: [redacted]
website: www.capsfundingllc.com
mobile: [redacted]

CS CamScanner

**NOTICE OF ASSIGNMENT / CERTIFICATE OF ACCEPTANCE**

draftPros, LLC
14160 Palmetto Frontage Rd., Suite 31
Miami Lakes, Florida 33016

Attn: Timothy Hewitt
Email: [redacted]
Phone: [redacted] (cell)

Timothy:

In order to accommodate the positive changes and growth we are experiencing in our business, GSM Contracting LLC has been fortunate to obtain the services of Caps Funding LLC as a source of working capital and accounts receivable management, and they have purchased some of our receivables through an assignment of accounts. The availability of their services will allow us to serve our customers in a more efficient and timely manner. Therefore, please note that payments for the following invoices from our company should be made payable to Caps Funding LLC and mailed directly to: or paid ACH electronically to Caps Funding LLC at:

Caps Funding LLC
P. O. Box 75
Ballentine, South Carolina 29002-0075

[redacted]
1509 Dutch Fork Road, Irmo, S. C. 29063
Routing # [redacted] for [redacted]
Account # [redacted] Caps Funding LLC

| Date | Invoice # | Amount |
|---|---|---|
| 04/12/24 | 709 | $58,423.50 |
| | | |
| | | |
| | | |

Total: $58,423.50

By signing below, draftPros, LLC certifies that the materials and/or services covered by the above invoices have been properly rendered, that there are no disputes, that the amount is correct, and that the invoices will be paid. We also ask that you agree that you will not assert any claims or defenses which you may have against GSM Contracting LLC, against Caps Funding LLC as assignee. We agree however that you fully reserve the right to assert against GSM Contracting LLC any claims or defenses, otherwise unassertable against Caps Funding LLC.

Sincerely,

Sergio Martinez Jr

Please sign one copy of this agreement and return to Caps Funding LLC by email as soon as possible to
[redacted]

Timothy Hewitt
ACKNOWLEDGED, AGREED, AND ACCEPTED by Authorized Signature:

Timothy Hewitt
Print Name and Title

04/12/2024
DATE

*Caps Funding LLC*
*Post Office Box 75*
*Ballentine, South Carolina 29002-0075*

email: [redacted]
website: www.capsfundingllc.com
mobile: [redacted]

Scanned with CamScanner

# NOTICE OF ASSIGNMENT / CERTIFICATE OF ACCEPTANCE

draftPros, LLC
14160 Palmetto Frontage Rd., Suite 31
Miami Lakes, Florida 33016

Attn: Timothy Hewitt
Email: [redacted]
Phone: [redacted] (cell)

Timothy:

In order to accommodate the positive changes and growth we are experiencing in our business, GSM Contracting LLC has been fortunate to obtain the services of Caps Funding LLC as a source of working capital and accounts receivable management, and they have purchased some of our receivables through an assignment of accounts. The availability of their services will allow us to serve our customers in a more efficient and timely manner. Therefore, please note that payments for the following invoices from our company should be made payable to Caps Funding LLC and mailed directly to: or paid ACH electronically to Caps Funding LLC at:

Caps Funding LLC
P. O. Box 75
Ballentine, South Carolina 29002-0075

[redacted]
1509 Dutch Fork Road, Irmo, S. C. 29063
Routing # [redacted] for [redacted]
Account # [redacted] Caps Funding LLC

| Date | Invoice # | Amount |
|---|---|---|
| 04/19/24 | 710 | $4,108.00 |
| 04/19/24 | 711 | $24,653.74 |
| | | |
| | | |

Total: $28,761.74

By signing below, draftPros, LLC certifies that the materials and/or services covered by the above invoices have been properly rendered, that there are no disputes, that the amount is correct, and that the invoices will be paid. We also ask that you agree that you will not assert any claims or defenses which you may have against GSM Contracting LLC, against Caps Funding LLC as assignee. We agree however that you fully reserve the right to assert against GSM Contracting LLC any claims or defenses, otherwise unassertable against Caps Funding LLC.

Sincerely,

Sergio Martinez Jr.

Please sign one copy of this agreement and return to Caps Funding LLC by email as soon as possible to
[redacted]

Timothy Hewitt
ACKNOWLEDGED, AGREED, AND ACCEPTED by Authorized Signature:

Timothy Hewitt
Print Name and Title

4/19/2024
DATE

Caps Funding LLC
Post Office Box 75
Ballentine, South Carolina 29002-0075

email: [redacted]
website: www.capsfundingllc.com
mobile: [redacted]

# NOTICE OF ASSIGNMENT / CERTIFICATE OF ACCEPTANCE

draftPros, LLC
14160 Palmetto Frontage Rd., Suite 31
Miami Lakes, Florida 33016

Attn: Timothy Hewitt
Email: [redacted]
Phone: [redacted] (cell)

Timothy:

In order to accommodate the positive changes and growth we are experiencing in our business, GSM Contracting LLC has been fortunate to obtain the services of Caps Funding LLC as a source of working capital and accounts receivable management, and they have purchased some of our receivables through an assignment of accounts. The availability of their services will allow us to serve our customers in a more efficient and timely manner. Therefore, please note that payments for the following invoices from our company should be made payable to Caps Funding LLC and mailed directly to: or paid ACH electronically to Caps Funding LLC at:

Caps Funding LLC
P. O. Box 75
Ballentine, South Carolina 29002-0075

[redacted]
1509 Dutch Fork Road, Irmo, S. C. 29063
Routing # [redacted] for [redacted]
Account # [redacted] Caps Funding LLC

| Date | Invoice # | Amount |
| --- | --- | --- |
| 04/26/24 | 712 | $19,450.52 |
| 04/26/24 | 713 | $6,500.00 |
| | | |
| | | |

Total: $25,950.52

By signing below, draftPros, LLC certifies that the materials and/or services covered by the above invoices have been properly rendered, that there are no disputes, that the amount is correct, and that the invoices will be paid. We also ask that you agree that you will not assert any claims or defenses which you may have against GSM Contracting LLC, against Caps Funding LLC as assignee. We agree however that you fully reserve the right to assert against GSM Contracting LLC any claims or defenses, otherwise unassertable against Caps Funding LLC.

Sincerely,

Sergio Martinez Jr.

Please sign one copy of this agreement and return to Caps Funding LLC by email as soon as possible to
[redacted]

Timothy Hewitt
ACKNOWLEDGED, AGREED, AND ACCEPTED by Authorized Signature:

Timothy Hewitt
Print Name and Title

04/26/2024
DATE

Caps Funding LLC
Post Office Box 75
Ballentine, South Carolina 29002-0075

email: [redacted]
website: www.capsfundingllc.com
mobile: [redacted]

CS CamScanner