Turner | Padget | Bennett

November 18, 2024

***VIA FEDEX***
***(TRACKING NO. 770033361795***

Sergio Martinez, Jr.
2524 Cadillac Avenue
Orlando, Florida 32818

GSM Contracting LLC f/k/a Royal Underground, LLC
c/o Sergio Martinez, Jr., its Manager
2524 Cadillac Avenue
Orlando, Florida 32818

**DEMAND FOR PAYMENT**

RE: Default of Accounts Receivable Purchase Agreement
OUR CLIENT: Caps Funding LLC

Dear Mr. Martinez:

Our firm represents Caps Funding LLC ("Caps"), whose address is 113 John Derrick Road, Irmo, South Carolina 29063. The purpose of this letter is part of our efforts to collect amounts that you and GSM Contracting LLC ("GSM") owe pursuant to the attached Accounts Receivable Purchase Agreement (the "Agreement") you executed individually and on behalf of Royal Underground, LLC in favor of Caps on May 7, 2010 and which was subsequently amended on February 17, 2023 to account for the change in your company's name. As discussed in further detail below, you and GSM owe and we hereby demand that you pay the total amount of **$147,557.30**, which includes intertest but does not include attorneys' fees or legal expenses. As such, this communication may be deemed as one from a debt collector. Any information we obtain from you will be used for the purpose of collection.

**THE AGREEMENT**

Pursuant to the Agreement and as more fully set forth therein, Caps agreed to advance you and GSM 80% of the face value of acceptable accounts receivable that you would assign to Caps to provide you and GSM with operating capital. In exchange, Caps received all of your and GSM's right, title, and interest to the assigned acceptable accounts receivable including, but not limited



EXHIBIT "H"

to, the right to be paid directly by your and GSM's customer that owed and was liable for paying the assigned account. Caps would be entitled to a fee, payable by you and GSM, of anywhere from 4% to 20% of the face value of the assigned account depending on the timing of payment/collection of the amount owed by your/GSM's customer. However, if the assigned account was not paid/collected within 100 days from the date Caps paid you/GSM the advance, Caps was entitled to demand the full amount of the monies advanced as well as fees accrued, the total balance of which would then accrue interest at 18% annually until paid/collected.

Among other things, you/GSM would be in default under the Agreement if you/GSM failed to pay any indebtedness to Caps within 90 days or you/GSM breached of any term, provision, warranty or representation made in the Agreement constituted default. Upon default, Caps is entitled, among other things, to declare any and all indebtedness immediately due and payable, enforce the security interest granted in the Agreement, and require you/GSM to produce to Caps records pertaining to all accounts. Further, the Agreement provides for the recovery of attorney's fees, court costs, and all other expenses, incurred should litigation be necessary to enforce the terms of the Agreement.

**THE UNPAID ACCOUNTS AND DEFAULT**

On April 4, 12, 19, and 26, 2024, you/GSM assigned to Caps seven (7) invoices (Nos. 707, 708, 709, 710, 711, 712, and 713) for amounts totaling $180,401.26 ($6,200.00, $61,065.50, $58,423.50, $4,108.00, $24,653.74, $19,450.52, and $6,500.00, respectively) owed by draftPros for work GSM performed on a project. draftPros executed Certificates of Acceptance for each, thereby acknowledging that the amounts owed on the invoices must be paid to Caps. By their terms, the invoices were payable within 30 days. However, while Caps received payment from draftPros for 4 of the 7 invoices by May 31, 2024, Caps has not received any payment for Invoice Nos. 708, 709, and 712 as of the date of this letter. Far more than 90 days have passed since Caps advanced monies to you/GSM in exchange for assignments of these accounts. As a result, you/GSM are clearly in default of the Agreement.

As of November 22, 2024, the total amount due, including interest but **not** including any attorneys' fees, is **$147,557.30**. I have attached a chart detailing the total amount owed.

**REQUEST FOR DOCUMENTS**

Please provide us with the following documents related to GSM's work on the project with draftPros:

1. Contract
2. Subcontract
3. Change Orders
4. Applications for Payment that include amounts or work included in Invoice Nos. 708, 709, and 712
5. Invoices 708, 709, and 712 as submitted to draftPros
6. Transmittal letters and/or emails related to Invoices 708, 709, and 712
7. Notice(s) to Owner

8. Claim(s) of Lien that include amounts from Invoices 708, 709, and 712
9. Notice(s) of Contest of Lien
10. Claims made pursuant to the Construction Contract Prompt Payment Law
11. Notice(s) of intent to look to payment bond
12. Notice(s) of Nonpayment that include amounts from Invoices 708, 709, and 712
13. Notice(s) of Contest of Claim against Bond
14. Claims made pursuant to the Florida Prompt Payment Act
15. Documents disputing amounts claims as owed
16. Documents rejecting GSM's work on the project as incomplete or deficient
17. Proof of payment(s) received on the project

We would like to resolve this matter as expeditiously and efficiently as possible to avoid any further significant effort and expense. Caps demands that you remit payment of **$147,557.30** in certified funds to us or directly to Caps no later than **November 22, 2024** to cure your/GSM's default related to the non-payment/collection of Invoice Nos. 708, 709, and 712. If we have not received the full amount demanded above, we reserve the right to pursue any and all legal remedies that may be available to us including, but not limited to, filing a lawsuit against you and GSM.

Thank you for your time and attention to this matter.

Sincerely,

Brett A. Marlowe

BAM/dlm
Enclosure

Turner | Padget | Bennett

November 18, 2024

***VIA FEDEX***
***(TRACKING NO. 770032883525)***

draftPros, LLC
c/o Timothy Hewitt
14160 Palmetto Frontage Road, Suite 31
Miami Lakes, Florida 33016

**DEMAND FOR PAYMENT**

RE: Nonpayment of GSM Contracting LLC Invoices
OUR CLIENT: Caps Funding LLC

Dear Mr. Hewitt:

Our firm represents Caps Funding LLC ("Caps"), whose address is 113 John Derrick Road, Irmo, South Carolina 29063. The purpose of this letter is part of our efforts to collect amounts that draftPros, LLC owes on three (3) invoices submitted by GSM Contracting LLC ("GSM") that are due and payable to Caps pursuant to GSM's assignment of those accounts receivable to Caps, which draftPros acknowledged, accepted, and agreed to remit payment directly to Caps. As discussed in further detail below, draftPros owes and we hereby demand that draftPros pay the total amount of **$138,939.62**, which does not include interest, attorneys' fees, or legal expenses to which Caps may be entitled. As such, this communication may be deemed as one from a debt collector. Any information we obtain from you will be used for the purpose of collection.

On April 4, 12, 19, and 26, 2024, GSM submitted to draftPros seven (7) invoices (Nos. 707, 708, 709, 710, 711, 712, and 713) for amounts totaling $180,401.26 ($6,200.00, $61,065.50, $58,423.50, $4,108.00, $24,653.74, $19,450.52, and $6,500.00, respectively) owed by draftPros for work GSM performed on a project. GSM assigned the right to payment on those Invoices to Caps. draftPros was provided with notice of the assignments. You, as draftPros authorized representative, executed Certificates of Acceptance for each, thereby acknowledging that the amounts owed on the invoices must be paid to Caps. By their terms, the invoices were payable within 30 days. However, while draftPros remitted payment to Caps for 4 of the 7 invoices by May 31, 2024, draftPros has failed to remit payment to Caps for Invoice Nos. 708, 709, and 712 as of the date of this letter. I have **attached** documents related to each of the subject unpaid invoices for your information.

We would like to resolve this matter as expeditiously and efficiently as possible to avoid any further significant effort and expense. As of November 20, 2024, the total amount due is **$138,939.62**, which does not include interest, attorneys' fees, or legal expenses to which Caps may be entitled. Caps reserves the right to pursue any and all legal and equitable remedies and damages that may be available to it for draftPros' failure to timely remit payment for these invoices.

Caps demands that draftPros remit payment of **$138,939.62** in certified funds to us or directly to Caps no later than **November 22, 2024** to cure draftPros' defaults related to the non-payment of Invoice Nos. 708, 709, and 712. If we have not received the full amount demanded above, we reserve the right to pursue any and all legal remedies that may be available to us including, but not limited to, filing a lawsuit against draftPros.

Thank you for your time and attention to this matter.

Sincerely,

Brett A. Marlowe

BAM/dlm
Enclosures