**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**CAPS FUNDING, LLC,**

    **Plaintiff,**

**v.**                                          **Case No: 6:24-cv-2370-PGB-NWH**

**GSM CONTRACTING, LLC, SERGIO**
**MARTINEZ, JR., and DRAFTPROS,**
**LLC,**

    **Defendants.**

    ‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾

## CLERK'S ENTRY OF DEFAULT

Pursuant to Fed.R.Civ.P. 55(a), default is entered against the defendant DraftPros,

LLC in Orlando, Florida on the 29th day of April 2026.

                        ELIZABETH M. WARREN, CLERK


                        s/LJC, Deputy Clerk


Copies furnished to:

Counsel of Record